THE STATE, THE PENNSYLVANIA RAILROAD COMPANY AND THE UNITED NEW JERSEY RAILROAD COMPANY, PLAINTIFFS IN ERROR, v. THE NATIONAL DOCKS AND NEW JERSEY JUNCTION CONNECTING RAILWAY COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.    For opinion of Supreme Court, see *ante, p.* 86.

For the plaintiff in error, *Charles L. Corbin* and *John R. Emery.*

For the defendant in error, *James B. Vredenburgh.*

PER CURIAM.

The judgment in this case is affirmed for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, GREEN, KRUEGER, SMITH.    11.

*For reversal*—None.